Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Jitu Somaya and Zarika Somaya

)
)
)                Case No: C12 4926 KAW
)
)                **APPLICATION FOR**
Plaintiff(s),    )                **ADMISSION OF ATTORNEY**
)                **PRO HAC VICE**
)                (CIVIL LOCAL RULE 11-3)
)
)
Defendant(s).   )
)

v.

Bank of India

I, Joseph E. Czerniawski _____, an active member in good standing of the bar of New York _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Bank of India _____ in the above-entitled action. My local co-counsel in this case is Michael J. Kass _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Wormser, Kiely, Galef & Jacobs LLP 825 3rd Ave., 26 FL., NY, NY 10022-7519 | Pillsbury Withrop Shaw Pittman LLP, 50 Fremont St., San Francisco, CA 94120-7880 |
| MY TELEPHONE # OF RECORD: (212) 687-4900 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 983-1000 |
| MY EMAIL ADDRESS OF RECORD: Jczerniawski@wkgj.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: Michael.Kass@pillsburylaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4026506 _____.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/15/12

_____
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Joseph E. Czerniawski _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 19, 2012

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER