1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   MICHAEL J. KASS  (SBN: 148822)
2  Four Embarcadero Center, 22nd Floor
   San Francisco, CA  94111
3  Telephone:  (415) 983-1000
   Facsimile:  (415) 983-1200
4
   Attorneys for Defendant
5  BANK OF INDIA

6

7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11  _____
                                        )
12  JITU SOMAYA and ZARIKA SOMAYA,      )    No.:  C 12 4926 CRB
                                        )
    Plaintiffs,                         )    **STIPULATION AND ORDER**
13                                      )    **CONTINUING CASE**
    vs.                                 )    **MANAGEMENT CONFERENCE**
14                                      )
    BANK OF INDIA,                      )
15                                      )
    Defendant.                         )
16  _____)

17

18       WHEREAS there is a Case Management Conference presently scheduled for March

19  8, 2013; and

20       WHEREAS Michael Kass, counsel for Defendant Bank of India is not available on

21  that date,

22       THE PARTIES HEREBY STIPULATE that the Case Management Conference be

23  continued from March 8, 2013 to April 5,  2013 at 8:30 a.m.

24

25

26

27

28

1   Dated:  February ___, 2013.

2                                   SHARTSIS FRIESE LLP
                                    ROBERT C. FRIESE
                                    One Maritime Plaza, Eighteenth Floor
3                                   San Francisco, CA  94111

4

                                    By_____//s//Robert C. Friese_____
5                                                   Robert C. Friese
                                    Attorneys for Plaintiffs
6                                   JITU SOMAYA and ZARIKA SOMAYA

7
        Dated:  February ___, 2013.
8

                                    PILLSBURY WINTHROP SHAW PITTMAN LLP
9                                   MICHAEL J. KASS
                                    Four Embarcadero Center, 22nd Floor
10                                  San Francisco, CA  94111

11

                                    By_____//s//Michael J. Kass_____
12                                                  Michael J. Kass
                                    Attorneys for Defendant
13                                  BANK OF INDIA

14

15              <u>ORDER CONTINUING CASE MANAGEMENT CONFERENCE</u>

16        GOOD CAUSE THEREFORE APPEARING, the Case Management Conference is

17   hereby continued to April 5, 2013 at 8:30 a.m.

18

19   Dated:  March 1, 2013

20                                  Hon. Charles R. Breyer
                                    Judge of the United States District Court
21                                  Northern District of California

22                                  IT IS SO ORDERED

23                                  Judge Charles R. Breyer

24

25

26

27

28