| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | MICHAEL J. KASS  (SBN: 148822) |
| 2 | Four Embarcadero Center, 22nd Floor |
|   | San Francisco, CA  94111 |
| 3 | Telephone:  (415) 983-1000 |
|   | Facsimile:   (415) 983-1200 |
| 4 | |
|   | Attorneys for Defendant |
| 5 | BANK OF INDIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JITU SOMAYA and ZARIKA SOMAYA, | No.:  C 12 4926 CRB |
| Plaintiffs, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| BANK OF INDIA, | |
| Defendant. | |

WHEREAS the Court rescheduled the Case Management Conference from April 5, 2013 to April 12, 2013; and

WHEREAS Michael Kass, counsel for Defendant Bank of India is not available on that date,

THE PARTIES HEREBY STIPULATE that the Case Management Conference be continued from April 12, 2013 to April 19, 2013 at 8:30 a.m.

| | |
|---|---|
| 1  Dated:  March 19, 2013. | |
| 2 | SHARTSIS FRIESE LLP<br>ROBERT C. FRIESE |
|   | One Maritime Plaza, Eighteenth Floor |
| 3 | San Francisco, CA  94111 |
| 4 | |
|   | By          //s//Robert C. Friese           |
| 5 |                   Robert C. Friese |
|   | Attorneys for Plaintiffs |
| 6 | JITU SOMAYA and ZARIKA SOMAYA |

Dated:  March 19, 2013.

PILLSBURY WINTHROP SHAW PITTMAN LLP
MICHAEL J. KASS
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111


By          //s//Michael J. Kass           
                  Michael J. Kass
Attorneys for Defendant
BANK OF INDIA


ORDER CONTINUING CASE MANAGEMENT CONFERENCE

GOOD CAUSE THEREFORE APPEARING, the Case Management Conference is hereby continued to April 19, 2013 at 8:30 a.m.

Dated:  March 22, 2013

_____
Hon. Charles R. Breyer
Judge of the United States District Court
Northern District of California

IT IS SO ORDERED
Judge Charles R. Breyer