PILLSBURY WINTHROP SHAW PITTMAN LLP
MICHAEL J. KASS (SBN: 148822)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendant
BANK OF INDIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JITU SOMAYA and ZARIKA SOMAYA,<br><br>        Plaintiffs,<br><br>  vs.<br><br>BANK OF INDIA,<br><br>        Defendant. | No.: C 12 4926 CRB<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER GRANTING SAME** |

      Defendant Bank of India hereby requests that its co-counsel John T. Morin (of the New York firm of Wormser, Kiely, Galef & Jacobs LLP) be allowed to participate telephonically at the Case Management Conference scheduled for April 19, 2013 at 8:30 a.m.  Mr. Morin will be available at the telephone number (212) 573-0665.  Attorney Michael J. Kass will appear in person for Defendant Bank of India at the Case Management Conference.

///

///

///

///

Dated: April 10, 2013.

PILLSBURY WINTHROP SHAW PITTMAN LLP
MICHAEL J. KASS
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111

By  //s//Michael J. Kass
            Michael J. Kass
        Attorneys for Defendant
        BANK OF INDIA

[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE OF JOHN T. MORIN AT THE CASE MANAGEMENT CONFERENCE

GOOD CAUSE THEREFORE APPEARING, the request is granted for John T. Morin to participate telephonically at the Case Management Conference scheduled for April 19, 2013 at 8:30 a.m.

Dated: April 11, 2013

Hon. Charles R. Breyer
Judge of the United States District Court
Northern District of California

IT IS SO ORDERED
Judge Charles R. Breyer