SHARTSIS FRIESE LLP
ROBERT C. FRIESE (Bar #52392)
JOSEPH V. MAUCH (Bar #253693)
ROEY Z. RAHMIL (Bar #273803)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111-3598
Telephone:     (415) 421-6500
Facsimile:      (415) 421-2922

Attorneys for Defendant BANK OF INDIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JITU SOMAYA AND ZARIKA SOMAYA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF INDIA,<br><br>　　　　　Defendant. | Case No. C 12-04926 CRB<br><br>**STIPULATION AND ORDER DISMISSING JITU SOMAYA AS PLAINTIFF**<br><br>Judge:     Hon. Charles R. Breyer |

　　　　The parties, by and through their attorneys of record, hereby stipulate and agree that this case is dismissed, without prejudice, as to Plaintiff Jitu Somaya only.  This Stipulation shall have no effect on the claims of Plaintiff Zarika Somaya.

Dated:  December 16, 2013                         SHARTSIS FRIESE LLP

                                                                         */S/ROBERT C. FRIESE*

                                                           By: _____
                                                                         ROBERT C. FRIESE

                                                           Attorneys for Plaintiffs JITU SOMAYA and
                                                           ZARIKA SOMAYA

- 1 -

Case No. C 12-04926 CRB | STIPULATION AND [PROPOSED] ORDER DISMISSING JITU SOMAYA AS PLAINTIFF

| | |
|---|---|
| Dated:  December 16, 2013 | PILLSBURY WINTHROP SHAW PITMAN LLP |
| | */S/MICHAEL J. KASS* |
| | By:  MICHAEL J. KASS |
| | Attorneys for Defendant BANK OF INDIA |

Pursuant to stipulation of the parties, this case is dismissed without prejudice as to Plaintiff Jitu Somaya only.

IT IS SO ORDERED.

Dated:  December 17, 2013

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

1  Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this
2  document has been obtained from all other signatories thereto.

3
4  Dated:  December 16, 2013           SHARTSIS FRIESE LLP

5                                     */S/ROBERT C. FRIESE*
6                                     By:     ROBERT C. FRIESE

7  Attorneys for Plaintiffs JITU SOMAYA and ZARIKA SOMAYA

08418\001\4068181.v1

- 3 -

Case No. C 12-04926 CRB

STIPULATION AND [PROPOSED] ORDER DISMISSING JITU SOMAYA AS PLAINTIFF