SHARTSIS FRIESE LLP
ROBERT C. FRIESE (Bar #52392)
JOSEPH V. MAUCH (Bar #253693)
ROEY Z. RAHMIL (Bar #273803)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111-3598
Telephone:   (415) 421-6500
Facsimile:    (415) 421-2922

Attorneys for Plaintiff ZARIKA SOMAYA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZARIKA SOMAYA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF INDIA,<br><br>　　　　　Defendant. | Case No. C 12-04926 CRB<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT AND CONTINUING TRIAL DATE**<br><br>Judge:　　Hon. Charles R. Breyer |

WHEREAS, in light of the holidays and the parties' and their counsel's schedules, the parties agree that additional time is appropriate to complete the briefing on Defendant Bank of India's Motion for Summary Judgment; and

WHEREAS, the parties agree that the outcome of the Bank's Motion For Summary Judgment may affect the issues to be tried; and

WHEREAS, the parties wish to avoid imposing on the Court and each other the necessity and burden of preparing this case for trial prior to resolution of the Bank's Motion for Summary Judgment; and

WHEREAS, there have been no prior continuances of the trial date in this action;

IT IS HEREBY STIPULATED AND AGREED that:

- 1 -

1. Plaintiff Zarika Somaya's Opposition to the Bank's Motion for Summary Judgment should be due by January 17, 2014;

2. Defendant Bank of India's Reply in Support of its Motion for Summary Judgment shall be due by January 24, 2014; and

3. The hearing on Defendant Bank of India's Motion for Summary Judgment shall be on January 31, 2014, or as soon thereafter as is convenient for the Court;

4. The trial date in this action should be postponed for a period of approximately 60 days or such other time as the Court deems appropriate; and

5. Pretrial dates shall be adjusted accordingly.

Dated:  January 30, 2013            SHARTSIS FRIESE LLP

                                    */s/ Robert C. Friese*
                                    By: ROBERT C. FRIESE

                                    Attorneys for Plaintiffs JITU SOMAYA and ZARIKA SOMAYA

Dated:  December 30, 2013           PILLSBURY WINTHROP SHAW PITMAN LLP

                                    */s/MICHAEL J. KASS*
                                    By: MICHAEL KASS

                                    Attorneys for Defendant BANK OF INDIA

- 2 -

Case No. C 12-04926 CRB    STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR MSJ AND CONTINUING TRIAL DATE

GOOD CAUSE APPEARING,

1. Plaintiff Zarika Somaya's Opposition to the Bank's Motion for Summary Judgment shall be due by January 17, 2014;

2. Defendant Bank of India's Reply in Support of its Motion for Summary Judgment shall be due by January 24, 2014;

3. The hearing on Defendant Bank of India's Motion for Summary Judgment shall be on January 31, 2014;

4. The trial in this action shall be postponed until May 12, 2014 at 9:00 a.m.; and

5. Pretrial conference held May 6, 2014 at 2:30 p.m.

IT IS SO ORDERED.

Dated: January 6, 2013



_____
UNITED STATES DISTRICT JUDGE

1  Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this
2  document has been obtained from all other signatories thereto.

4  Dated:  January 30, 2013                    SHARTSIS FRIESE LLP

5                                              _____*/s/ Robert C. Friese*_____
                                               By:        ROBERT C. FRIESE

7                                              Attorneys for Plaintiffs JITU SOMAYA and
                                               ZARIKA SOMAYA

9  08418\001\4116435.v2