| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | MICHAEL J. KASS  (148822) |
| 2 | ERICA N. TURCIOS  (271655) |
| | Four Embarcadero Center, 22nd Floor |
| 3 | Post Office Box 2824 |
| | San Francisco, CA  94126-2824 |
| 4 | Telephone: (415) 983-1000 |
| | Facsimile No.: (415) 983-1200 |
| 5 | |
| | Attorneys for Defendant |
| 6 | BANK OF INDIA |

Attorneys for Defendant
BANK OF INDIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ZARIKA SOMAYA, | Case No. C 12-04926 CRB |
| Plaintiff, | STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| BANK OF INDIA, | Judge:     Hon. Charles R. Breyer |
| Defendant. | Trial Date:         May 12, 2014 |
| | Complaint Filed:  July 30, 2012 Superior Court |
| | Removal Filed:    Sept. 20, 2012 District Court |

WHEREAS, Defendant Bank of India's Reply in Support of its Motion for Summary Judgment ("the Reply") is currently due January 24, 2014;

WHEREAS the New York Metropolitan area experienced extreme weather which limited Defendant's counsel's ability to work on the Reply; and

WHEREAS the Court *sua sponte* reset the hearing on the Motion for Summary Judgment for February 7, 2014;

THE PARTIES HEREBY STIPULATE that Defendant Bank of India's Reply in Support of its Motion for Summary Judgment should be filed on or before January 28, 2014.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  January 24, 2014 | SHARTSIS FRIESE LLP |
| 3 | | |
| 4 | | By: /s/ Robert C. Friese<br>    ROBERT C. FRIESE |
| 5 | | Attorneys for Plaintiff<br>ZARIKA SOMAYA |
| 6 | DATED:  January 24, 2014 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 7 | | |
| 8 | | |
| 9 | | By: /s/ Michael J. Kass<br>    MICHAEL J. KASS (SBN 148822) |
| 10 | | Attorneys for Defendant<br>BANK OF INDIA |
| 11 | | |

## ATTESTATION

I HEREBY ATTEST THAT, PURSUANT TO Local Rule 5-1(i)(3) concurrence in the filing of the document has been obtained from the other Signatory for the conformed signature ("/s/") within this electronically-filed document.

DATED:  January 24, 2014         PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Michael J. Kass
    MICHAEL J. KASS (SBN 148822)

Attorneys for Defendant
BANK OF INDIA

## DECLARATION RE: ECF SYSTEM FAILURE ON JANUARY 24, 2014

I, Deirdre Campino, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause.  I am employed by Pillsbury Winthrop Shaw Pittman LLP in the County of San Francisco, State of California.

2. I attempted to e-file this Stipulation and [Proposed] Order Modifying Briefing Schedule for Motion for Summary Judgment several times using the ECF system on the afternoon of Friday, January 24, 2014, but the ECF filing system was down.

3. I telephoned the ECF Help Desk at the United States District Court – Northern District of California on Friday afternoon after my filing attempts failed, and was told that indeed the ECF filing system was down. I explained that the filing deadline was Friday, January 24, 2014, and asked if I could do a paper filing. The Clerk told me that a paper filing was acceptable.

4. This morning, Monday, January 27, 2014, I spoke to Judge Charles Breyer's Clerk and was told to submit the e-filing today with a Declaration regarding the ECF failure on Friday.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of January, 2014, at San Francisco, California.

_____
Deirdre Campino

ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT

GOOD CAUSE THEREFORE APPEARING, Defendant Bank of India's Reply in Support of its Motion for Summary Judgment will be filed on or before January 28, 2014.

IT IS SO ORDERED.

Dated: Jan. 27, 2014_____

_____
Hon. Charles R. Breyer
Judge, United States District Court
Northern District of California

IT IS SO ORDERED
Judge Charles R. Breyer