| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | MICHAEL J. KASS  (148822) |
| 2 | ERICA N. TURCIOS  (271655) |
| | Four Embarcadero Center, 22nd Floor |
| 3 | Post Office Box 2824 |
| | San Francisco, CA  94126-2824 |
| 4 | Telephone: (415) 983-1000 |
| | Facsimile No.: (415) 983-1200 |
| 5 | |
| | Attorneys for Defendant |
| 6 | BANK OF INDIA |

Attorneys for Defendant
BANK OF INDIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

ZARIKA SOMAYA,

       Plaintiff,

  vs.

BANK OF INDIA,

       Defendant.

Case No. C 12-04926 CRB

STIPULATION AND ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT

Hearing Date: February 7, 2014
Hearing Time: 10:00 a.m.
Judge: Charles R. Breyer
Location: Courtroom 6, 17th Floor

Complaint Filed: July 30, 2012
Trial Date: May 12, 2014

    WHEREAS, the hearing on Defendant Bank of India's ("the Bank") Motion for Summary Judgment is set for 10:00 a.m. on February 7, 2014; and

    WHEREAS the United States Solicitor General's Office has scheduled a meeting with counsel for the Bank in Washington D.C. the afternoon of February 6, 2014 in connection with a pending Petition for Certiorari, which will prevent counsel from traveling back to California in time for the February 7, 2014 hearing at 10:00 a.m.;

1    THE PARTIES HEREBY STIPULATE that the hearing on Defendant's Motion for
2 Summary Judgment shall be set for 10:00 a.m. on February 28, 2014, or as soon thereafter
3 as is convenient for the Court.
4
5 DATED: January 31, 2014                SHARTSIS FRIESE LLP
6
                                         By: */s/ Robert C. Friese*
7                                            ROBERT C. FRIESE
8                                        Attorneys for Plaintiff
                                         ZARIKA SOMAYA
9
10 DATED: January 31, 2014               PILLSBURY WINTHROP SHAW
                                         PITTMAN LLP
11
12                                       By: */s/ Michael J. Kass*
                                             MICHAEL J. KASS (SBN 148822)
13                                       Attorneys for Defendant
                                         BANK OF INDIA
14

15                                    ATTESTATION
16    I HEREBY ATTEST THAT, PURSUANT TO Local Rule 5-1(i)(3) concurrence in
17 the filing of the document has been obtained from the other Signatory for the conformed
18 signature ("/s/") within this electronically-filed document.
19 DATED: January 31, 2014               PILLSBURY WINTHROP SHAW
                                         PITTMAN LLP
20
21
                                         By: */s/ Michael J. Kass*
22                                           MICHAEL J. KASS (SBN 148822)
23                                       Attorneys for Defendant
                                         BANK OF INDIA
24
25
26
27
28

**ORDER CONTINUING HEARING ON**
**MOTION FOR SUMMARY JUDGMENT**

GOOD CAUSE THEREFORE APPEARING, the hearing on Defendant Bank of India's Motion for Summary Judgment shall be set for 10:00 a.m. on February 28, 2014.

IT IS SO ORDERED.

Dated: January 31, 2014

_____
Hon. Charles R. Breyer
Judge, United States District Court
Northern District of California

*IT IS SO ORDERED*
*Judge Charles R. Breyer*