```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    MICHAEL J. KASS  (148822)
 2  ERICA N. TURCIOS  (271655)
    Four Embarcadero Center, 22nd Floor
 3  Post Office Box 2824
    San Francisco, CA  94126-2824
 4  Telephone: (415) 983-1000
    Facsimile No.: (415) 983-1200
 5
    Attorneys for Defendant
 6  BANK OF INDIA

 7

 8              UNITED STATES DISTRICT COURT

 9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO
```

| | |
|---|---|
| ZARIKA SOMAYA, | Case No. C 12-04926 CRB |
| Plaintiff, | STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT AND CONTINUING TRIAL DATE |
| vs. | |
| BANK OF INDIA, | Judge: Charles R. Breyer |
| Defendant. | Complaint Filed: July 30, 2012<br>Trial Date: May 12, 2014 |

WHEREAS Defendant Bank of India's ("the Bank") Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment ("Motion") was heard on February 28, 2014;

WHEREAS on March 5, 2014, this Court issued an order granting in part and denying in part Defendant's Motion ("Order") (Dkt. 57); and

WHEREAS the Order denied without prejudice Defendant's motion for partial summary judgment limiting Plaintiff's damages to $179,080 plus prejudgment interest, and invited the Bank to re-file the Motion with evidence showing that an FCNR account did not

earn interest after maturity if it was not renewed by the account holder (Dkt. 57 at 17:19-22);

WHEREAS the trial date in this matter is currently scheduled for May 12, 2014;

WHEREAS the parties agree that the outcome of Defendant's re-filed Motion, or any Motion for Reconsideration pertaining to the Order, may affect the issues to be tried;

THE PARTIES HEREBY STIPULATE to the proposed dates listed below, or as soon thereafter as is convenient for the Court:

| Event | Existing Dates | Proposed New Dates |
|---|---|---|
| Deadline for filing Motion for Summary Judgment or Motion for Reconsideration | N/A | April 4, 2014 |
| Deadline for filing Opposition to re-filed Motion for Summary Judgment or Motion for Reconsideration | N/A | April 18, 2014 |
| Hearing on re-filed Motion for Summary Judgment or Motion for Reconsideration | N/A | April 25, 2014 |
| Trial | May 12, 2014 | June 52, 2014 |

DATED:  March 14, 2014            SHARTSIS FRIESE LLP

By: /s/ Robert C. Friese
        ROBERT C. FRIESE

Attorneys for Plaintiff
ZARIKA SOMAYA

DATED:  March 14, 2014            PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Michael J. Kass
        MICHAEL J. KASS (SBN 148822)

Attorneys for Defendant
BANK OF INDIA

## ATTESTATION

I HEREBY ATTEST THAT, PURSUANT TO Local Rule 5-1(i)(3) concurrence in the filing of the document has been obtained from the other Signatory for the conformed signature ("/s/") within this electronically-filed document.

DATED: March 14, 2014          PILLSBURY WINTHROP SHAW PITTMAN LLP


By: /s/ Michael J. Kass
    MICHAEL J. KASS (SBN 148822)

Attorneys for Defendant
BANK OF INDIA

## ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT AND CONTINUING TRIAL DATE

GOOD CAUSE THEREFORE APPEARING, the briefing schedule on Defendant's re-filed Motion for Summary Judgment or Motion for Reconsideration and the trial date in this matter are modified in accord with the dates set forth in the chart above.

IT IS SO ORDERED.

Dated:  O ctej "3: ."4236

Hon. Charles R. Breyer
Judge of the United States District Court
Northern District of California

*IT IS SO ORDERED AS MODIFIED*
*Judge Charles R. Breyer*