SHARTSIS FRIESE LLP
ROBERT C. FRIESE (Bar #52392)
JOSEPH V. MAUCH (Bar #253693)
ROEY Z. RAHMIL (Bar #273803)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111-3598
Telephone:    (415) 421-6500
Facsimile:    (415) 421-2922

Attorneys for Plaintiff ZARIKA SOMAYA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZARIKA SOMAYA,<br><br>            Plaintiff,<br><br>      v.<br><br>BANK OF INDIA,<br><br>            Defendant. | Case No. C 12-04926 CRB<br><br>**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT AND CONTINUING TRIAL DATE**<br><br>Judge:    Hon. Charles R. Breyer |

WHEREAS, the parties' initial stipulation regarding the briefing schedule on the Bank of India's Renewed Motion for Partial Summary Judgment Motion and for Reconsideration (the "Motion") inadvertently omitted a date for the Bank to submit a Reply;

WHEREAS, the Bank intends to file an additional declaration in support of its Motion, a copy of which has been provided to Somaya and to which Somaya objects; and

WHEREAS, the parties agree that additional time is appropriate to complete the briefing on the Motion; and

WHEREAS, the parties agree that the outcome of the Motion may affect the issues to be tried; and

WHEREAS, Plaintiff is scheduled to be in India with her young son for a large family

gathering for religious purposes during the presently-scheduled trial date; and

WHEREAS, the obligations of counsel and witnesses militate against a trial date during August;

IT IS HEREBY STIPULATED AND AGREED that:

1. Defendant Bank of India should have until April 18, 2014 to file the Declaration of Suresh R. Kolarkar in support of its Motion, to which Plaintiff Zarika Somaya reserves all objections;

2. Plaintiff Zarika Somaya's Opposition to the Bank's Motion should be due by April 25, 2014;

3. Defendant Bank of India's Reply in Support of its Motion shall be due by May 2, 2014; and

4. The hearing on Defendant Bank of India's Motion shall be on May 9, 2014, or as soon thereafter as is convenient for the Court;

5. The trial date in this action should be postponed until September 2014 on a date convenient for the Court; and

6. Pretrial dates shall be adjusted accordingly.

Dated: April 16, 2014    SHARTSIS FRIESE LLP

By: */s/ Robert C. Friese*
    ROBERT C. FRIESE

Attorneys for Plaintiffs JITU SOMAYA and ZARIKA SOMAYA

Dated: April 16, 2014    PILLSBURY WINTHROP SHAW PITMAN LLP

By: */s/ Michael Kass*
    MICHAEL KASS

Attorneys for Defendant BANK OF INDIA

GOOD CAUSE APPEARING,

1. Defendant Bank of India has until April 18, 2014 to file the Declaration of Suresh R. Kolarkar in support of its Motion, to which Plaintiff Zarika Somaya reserves all objections;

2. Plaintiff Zarika Somaya's Opposition to the Bank's Motion shall be due by April 25, 2014;

3. Defendant Bank of India's Reply in Support of its Motion shall be due by May 2, 2014;

4. The hearing on Defendant Bank of India's Motion shall be on May 9, 2014;

5. The trial in this action shall be postponed until September 22, 2014; and

6. Pretrial dates shall be adjusted accordingly.

IT IS SO ORDERED.

Dated: April 18, 2014



UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

SHARTSIS FRIESE LLP
One Maritime Plaza
Eighteenth Floor
San Francisco, CA 94111-3598