1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    ERICA N. TURCIOS  271655
2   Four Embarcadero Center, 22nd Floor
    Post Office Box 2824
3   San Francisco, CA  94126-2824
    Telephone: (415) 983-1000
4   Facsimile No.: (415) 983-1200
    erica.turcios@pillsburylaw.com
5
    VLP Law Group LLP
6   MICHAEL J. KASS  148822
    739 Calmar Avenue
7   Oakland, CA  94610-1712
    Telephone:  (510) 629-6089
8   mkass@vlplawgroup.com

9   Attorneys for Defendant
    BANK OF INDIA

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO

13   _____
                                         )
14                                       )   Case No. C 12-04926 CRB
                                         )
15   ZARIKA SOMAYA,                      )   STIPULATION AND ORDER CONTINUING
                                         )   TRIAL DATE
16                       Plaintiff,      )
                                         )   Judge: Charles R. Breyer
17          vs.                          )
                                         )   Complaint Filed: July 30, 2012
18   BANK OF INDIA,                      )   Trial Date:  September 22, 2014
                                         )
19                       Defendant.      )
                                         )
20                                       )
                                         )
21   _____)

22

23          WHEREAS the Court suggested at the May 9, 2014 hearing that the parties

24   undertake further settlement efforts with assistance from a Magistrate Judge and indicated

25   that an adjustment to the trial schedule would be appropriate to accommodate such efforts;

26   and

27

28

1    WHEREAS Magistrate Judge Elizabeth LaPorte has agreed to preside over a

2    Settlement Conference in this matter scheduled for August 6, 2014; and

3    WHEREAS in anticipation of the September 22, 2014 trial date, a Pretrial

4    Conference has been set for August 25, 2014; and

5    WHEREAS substantial effort, and accompanying expense, will need to be

6    undertaken in connection with the August 25, 2014 Pretrial Conference, including serving

7    *in limine* motions in advance of the Settlement Conference scheduled for August 6, 2014;

8    and

9    WHEREAS the parties believe that time and resources would be better directed at

10   settlement efforts at this time;

11   THE PARTIES HEREBY STIPULATE as follows:

12   1.  That the trial date in this matter be continued until November 3, 2014; and

13   2.  That all other scheduled dates, including but not limited to the Pretrial

14   Conference presently scheduled for August 25, 2014, be rescheduled accordingly.

15

16   DATED:  July 25, 2014                 SHARTSIS FRIESE LLP

17

18                                                   By:  */s/ Robert C. Friese*_____
                                                            ROBERT C. FRIESE

19                                                   Attorneys for Plaintiff
                                                         ZARIKA SOMAYA

20   DATED:  July 25, 2014                 PILLSBURY WINTHROP SHAW
21                                                   PITTMAN LLP

22

23                                                   By:  */s/ Erica N. Turcios*_____
                                                            ERICA N. TURCIOS (SBN 271655)

24                                                   Attorneys for Defendant
                                                         BANK OF INDIA

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>ORDER CONTINUING TRIAL DATE</u>

GOOD CAUSE THEREFORE APPEARING, the trial date in this matter is continued to November 13, 2014, the Pretrial Conference is continued to October 3, 2014_, and all other dates shall be adjusted accordingly.

IT IS SO ORDERED.

Dated: __July 28, 2014_____                    _____

Hon. Charles R. Breyer
Judge of the United States District Court
Northern District of California

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA