SHARTSIS FRIESE LLP
ROBERT C. FRIESE (Bar #52392)
JOSEPH V. MAUCH (Bar #253693)
ROEY Z. RAHMIL (Bar #273803)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111-3598
Telephone:	(415) 421-6500
Facsimile:	(415) 421-2922

Attorneys for Plaintiff ZARIKA SOMAYA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ZARIKA SOMAYA,<br><br>            Plaintiff,<br><br>     v.<br><br>BANK OF INDIA,<br><br>            Defendant. | Case No. C 12-04926 CRB<br><br>**STIPULATION AND ORDER CONTINUING TRIAL DATE**<br><br>Judge:      Hon. Charles R. Breyer |

WHEREAS, on August 6, 2014, the parties participated in a settlement conference before the Honorable Elizabeth D. Laporte; and

WHEREAS, the parties and Chief Magistrate Laporte believe that a settlement is possible, but that the parties require additional time to come to terms; and

WHEREAS, Chief Magistrate Laporte has ordered the parties to return for an additional settlement conference set for September 9, 2014; and

WHEREAS, the parties agree that it would be beneficial to refrain from expending resources on trial preparation pending the additional settlement conference ordered by Chief Magistrate Laporte;

IT IS HEREBY STIPULATED AND AGREED that:

1.	The trial date in this action should be postponed until January 2015 on a date

- 1 -

Case No. C 12-04926 CRB         STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE

1 convenient for the Court; and

2     2.    Pretrial dates should be adjusted accordingly.

Dated: August 7, 2014  SHARTSIS FRIESE LLP

By: */s/ Robert C. Friese*
      ROBERT C. FRIESE

Attorneys for Plaintiffs JITU SOMAYA and ZARIKA SOMAYA

Dated: August 7, 2014  VLP Law Group LLP

By: */s/ Michael Kass*
      MICHAEL KASS

Attorneys for Defendant BANK OF INDIA

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111-3598

- 2 -

Case No.
C 12-04926 CRB

STIPULATION AND [PROPOSED] ORDER
CONTINUING TRIAL DATE

1   GOOD CAUSE APPEARING,

2   1.   The trial date in this action shall be postponed until _December 16, 2014.

3   2.   Pretrial dates shall be adjusted accordingly.

4   IT IS SO ORDERED.

5   Dated: August 11, 2014

_____
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Charles R. Breyer

- 3 -

Case No.
C 12-04926 CRB

STIPULATION AND [PROPOSED] ORDER
CONTINUING TRIAL DATE